IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| PIERCE EDWARD VANLI | * | Case No.: 24-12715 LSS |
| | * | Chapter 13 |
| Debtor | * | |

**************************************

| | |
|---|---|
| STATE EMPLOYEE CREDIT UNION | * |
| 971 Corporate Blvd. | * |
| Linthicum, MD 21090 | * |
| Movant | * |
| v. | * |
| PIERCE EDWARD VANLI | * |
| 14005 Hartley Hall Place | * |
| Darnestown, MD 20874 | * |
| | * |
| and | * |
| | * |
| TIMOTHY BRANIGAN, TRUSTEE | * |
| 9891 Broken Land Parkway, Suite 301 | * |
| Columbia, MD 20874 | * |
| Respondent(s) | * |

*********************************************************************

## NOTICE OF MOTION FOR RELIEF FROM STAY
## AND HEARING THEREON

State Employees Credit Union of Maryland has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362 (a) to enable it to proceed to foreclose on 14005 Hartley Hall Place, Darnestown, MD 20874.

Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer,  If you have one in this bankruptcy case.  (If you do not have a lawyer, you wish to consult one.)

If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by April 25, 2025, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Candy L. Thompson, Esquire
201 N. Charles Street
Suite 804
Baltimore, MD 21201
410-385-2626

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for May 5, 2025, at 2:00 p.m., Courtroom 3-E, United States Bankruptcy Court, Greenbelt Division, 6500 Cherrywood Lane, Greenbelt, MD 20770.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OF OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date : April 11, 2025                                    /s/ Candy L. Thompson_____
                                                        Candy L. Thompson, Esquire
                                                        Candy L. Thompson, LLC
                                                        Trial Bar No. 024010
                                                        Suite 804
                                                        201 North Charles Street
                                                        Baltimore, Maryland 21201
                                                        (410)385-2626

CERTIFICATE OF SERVICE

I hereby certify that on the 11 Day of April, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice, Exhibits, and Motion for Relief will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan
Chapter 13 Trustee
9891 Broken Land Parkway,
Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com

Victor Palmeiro, Esquire
Palmeiro Law Group
5882 Hubbard Drive
Rockville, MD 20852
victorpalmeiro@gmail.com

I hereby further certify that on the 11 Day of April, 2025,  a copy of the Notice, Exhibits, and Motion were also mailed first class mail, postage prepaid to:

Pierce Edward Vanli
14005 Hartley Hall Place

Darnestown, MD 20874
Debtor

/s/ Candy L. Thompson
Candy L. Thompson, Esquire