Entered: May 5th, 2025
Signed: May 3rd, 2025

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| PIERCE EDWARD VANLI | * | Case No.: 24-12715 LSS |
| | * | Chapter 13 |
| Debtor | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE EMPLOYEE CREDIT UNION          *
971 Corporate Blvd.                          *
Linthicum, MD 21090                        *
    Movant                                      *
v.                                                     *
PIERCE EDWARD VANLI                    *
14005 Hartley Hall Place                   *
Darnestown, MD 20874                     *
                                                      *
and                                                  *
                                                      *
TIMOTHY BRANIGAN, TRUSTEE     *
9891 Broken Land Parkway, Suite 301 *
Columbia, MD 20874                         *
    Respondent(s)                           *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**ORDER TERMINATING AUTOMATIC STAY AS TO REAL PROPERTY KNOWN AS 14005 HARTLEY HALL PLACE, DARNESTOWN, MD 20874**</u>

**UPON CONSIDERATION**, of the Motion Seeking Relief from Automatic Stay and to

Reclaim property filed by the Movant, State of Maryland Employees Federal Credit Union; and

no opposition thereto having been filed by the Debtor, Pierce Vanli, it is, by the United

States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the automatic stay, be and is hereby terminated to allow Movant to foreclose on real property known as 14005 Hartley Hall Place, Darnestown, MD 20874, and dispose of the real property subject to its Deed of Trust, namely, 14005 Hartley Hall Place, Darnestown, MD 20874; and it is further

**ORDERED**, that upon foreclosure sale of said real property by Movant, it shall dispose of the same in a commercially reasonable manner and shall pay any surplus sale proceeds to the Debtor; and it is further

**ORDERED,** that the Automatic Stay of 11 U.S.C. section 362(a) and it hereby, shall not be reimposed as to the Debtor's interest, by the conversion of this case to a case under any other chapter of Bankruptcy Code; and it is further

**ORDERED,** the fourteen (14) day stay of Bankruptcy Rule 4001(a)(3) is waived.

cc:
Timothy P. Branigan
Chapter 13 Trustee
9891 Broken Land Parkway,
Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com

Victor Palmeiro, Esquire
Palmeiro Law Group
5882 Hubbard Drive
Rockville, MD 20852
victorpalmeiro@gmail.com
Attorney for Debtor

Pierce Edward Vanli
14005 Hartley Hall Place
Darnestown, MD 20874
Respondent

Candy L. Thompson, Esquire
201 N. Charles Street, Suite 804
Baltimore, MD 21201
cthompson@candythompsonlaw.com

Attorney for Movant

**END OF ORDER**