IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In Re:** | * | Case No. 24-12715 |
| | * | |
| **PIERCE VANLI** | * | Chapter 13 |
| | * | |
| **Debtors** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Debtor's Motion to Dismiss Chapter 13 Case**

The Debtor, pursuant to 11 U.S.C. § 1307(b), hereby elects to dismiss the above-captioned chapter case. The Debtor is entitled to dismiss their case because:

1) This case, filed on 4/1/24 is a case under chapter 13 of the Bankruptcy Code.
2) This case has not been previously converted under section 706 or 1112 of the Bankruptcy Code.

Signed,
*/s/ Victor E. Palmeiro*
Victor E. Palmeiro 17232
Attorney for Debtor

**CERTIFICATE OF SERVICE**

1) I HEREBY CERTIFY, that on this 5/7/2025 a copy of the foregoing Motion was delivered by CM/ECF to:

Chapter 13 Trustee, Timothy P. Branigan (cmecf@chapter13maryland.com)

Signed,
*/s/ Victor E. Palmeiro*
Victor E. Palmeiro 17232
Attorney for Debtor