#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In Re:** | * | Case No. 24-12715 |
| | * | |
| **PIERCE VANLI** | * | Chapter 13 |
| | * | |
| **Debtors** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#### ORDER GRANTING MOTION TO DISMISS CHAPTER 13 CASE

Having considered debtor's motion to dismiss chapter 13 case, and any response thereto, and it appearing that proper notice has been given and for the reasons set forth in debtor's motion, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above-captioned case is hereby dismissed.

#### END OF ORDER