United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-12715-LSS |
| Pierce Edward Vanli | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: May 05, 2025 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pierce Edward Vanli, 14005 Hartley Hall Place, Germantown, MD 20874-3343 |
| r | + | Jorge Portalea, Long & Foster Real Estate, Inc, 795 Rockville Pike, Rockville, MD 20852-1136 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy.notices@secumd.com | May 05 2025 19:13:00 | State Employees Credit Union, c/o Bonnie Bass, 971 Corportate Boulevard, Linthicum, MD 21090-2342 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 07, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Candy L. Thompson | cthompson@candythompsonlaw.com |
| | legal@candythompsonlaw.com,candy.thompsonecf@gmail.com,thompsoncr77659@notify.bestcase.com |
| Daniel M. Press | dpress@chung-press.com   pressdm@gmail.com,danpress@recap.email |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: May 05, 2025 Form ID: pdfparty Total Noticed: 3

Victor Palmeiro
    victorpalmeiro@gmail.com  palmeirovr90910@notify.bestcase.com

TOTAL: 4

Entered: May 5th, 2025
Signed: May 3rd, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: * | |
| PIERCE EDWARD VANLI * | Case No.: 24-12715 LSS |
| * | Chapter 13 |
| Debtor * | |
| ****************************************** | |
| STATE EMPLOYEE CREDIT UNION * | |
| 971 Corporate Blvd. * | |
| Linthicum, MD 21090 * | |
| Movant * | |
| v. * | |
| PIERCE EDWARD VANLI * | |
| 14005 Hartley Hall Place * | |
| Darnestown, MD 20874 * | |
| * | |
| and * | |
| * | |
| TIMOTHY BRANIGAN, TRUSTEE * | |
| 9891 Broken Land Parkway, Suite 301 * | |
| Columbia, MD 20874 * | |
| Respondent(s) * | |

*********************************************************************

**<u>ORDER TERMINATING AUTOMATIC STAY AS TO REAL PROPERTY KNOWN AS 14005 HARTLEY HALL PLACE, DARNESTOWN, MD 20874</u>**

**UPON CONSIDERATION**, of the Motion Seeking Relief from Automatic Stay and to Reclaim property filed by the Movant, State of Maryland Employees Federal Credit Union; and no opposition thereto having been filed by the Debtor, Pierce Vanli, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the automatic stay, be and is hereby terminated to allow Movant to foreclose on real property known as 14005 Hartley Hall Place, Darnestown, MD 20874, and dispose of the real property subject to its Deed of Trust, namely, 14005 Hartley Hall Place, Darnestown, MD 20874; and it is further

**ORDERED**, that upon foreclosure sale of said real property by Movant, it shall dispose of the same in a commercially reasonable manner and shall pay any surplus sale proceeds to the Debtor; and it is further

**ORDERED,** that the Automatic Stay of 11 U.S.C. section 362(a)  and it hereby, shall not be reimposed as to the Debtor's interest, by the conversion of this case to a case under any other chapter of Bankruptcy Code; and it is further

**ORDERED,** the fourteen (14) day stay of Bankruptcy Rule 4001(a)(3) is waived.

cc:
Timothy P. Branigan
Chapter 13 Trustee
9891 Broken Land Parkway,
Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com

Victor Palmeiro, Esquire
Palmeiro Law Group
5882 Hubbard Drive
Rockville, MD 20852
victorpalmeiro@gmail.com
Attorney for Debtor

Pierce Edward Vanli
14005 Hartley Hall Place
Darnestown, MD 20874
Respondent

Candy L. Thompson, Esquire
201 N. Charles Street, Suite 804
Baltimore, MD 21201
cthompson@candythompsonlaw.com

Attorney for Movant

**END OF ORDER**