United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-12715-LSS |
| Pierce Edward Vanli | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 27, 2025 | Form ID: odsctr | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pierce Edward Vanli, 14005 Hartley Hall Place, Germantown, MD 20874-3343 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Candy L. Thompson | cthompson@candythompsonlaw.com<br>legal@candythompsonlaw.com,candy.thompsonecf@gmail.com,thompsoncr77659@notify.bestcase.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Timothy P. Branigan | cmecf@chapter13maryland.com |
| Victor Palmeiro | victorpalmeiro@gmail.com  palmeirovr90910@notify.bestcase.com |

TOTAL: 4

Entered: August 27, 2025
Signed:  August 27, 2025

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **24−12715 − LSS**   Chapter: **13**

**Pierce Edward Vanli**
Debtor

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above−entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Case Trustee − Timothy P. Branigan

**End of Order**

odsctr − JanineHutchinson